# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| **JEROME PERKINS,** | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | |
| vs. | |
| **OFFICER FIRST NAME UNKNOWN ("FNU") THOMPSON, ET AL.** | CASE NO: 16-2306-STA-egb |
| Defendant. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order of Dismissal entered on September 25, 2017, this cause is hereby dismissed without prejudice.

APPROVED:

s/ S. Thomas Anderson
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

DATE: 5/26/2017

THOMAS M. GOULD
Clerk of Court

s/Maurice B. BRYSON
(By) Deputy Clerk